IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICOLE L. ARENDS, and<br>KENNETH S. GREEN,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMERICAN RED CROSS, WESTERN<br>AREA MIDWEST REGION, a national<br>non-profit corporation,<br><br>        Defendant. | Case No. 8:07CV71<br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Stipulation of Dismissal. The stipulation satisfied the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court concludes that it should be granted. Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal (Filing No. 21) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees, unless otherwise agreed by and between them in writing.

DATED this 17th day of January, 2008.

                                      BY THE COURT:

                                      s/Laurie Smith Camp
                                      United States District Judge